STATE OF NEW JERSEY, PLAINTIFF-APPELLANT, v. LOUIS JOSEPH LIPPOLIS, DEFENDANT-RESPONDENT.

Argued February 17, 1970—Decided March 2, 1970.

*Mr. Solomon Forman* argued the cause for appellant (*Mr. Robert N. McAllister, Jr.,* Atlantic County Prosecutor, attorney; *Mr. Ernest M. Curtis,* of counsel).

*Mr. Richard Newman,* Deputy Public Defender, argued the cause for respondent (*Mr. Stanley C. Van Ness,* Public Defender, attorney).

PER CURIAM. The judgment is reversed for the reasons expressed in the dissenting opinion of Judge Kolovsky in the Appellate Division, 107 *N. J. Super.* 137.

*For reversal*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANE-MAN—7.

*For affirmance*—None.